No. 77–1578.  BROADCAST MUSIC, INC., ET AL. v. COLUMBIA BROADCASTING SYSTEM, INC., ET AL.; and

No. 77–1583.  AMERICAN SOCIETY OF COMPOSERS, AUTHORS & PUBLISHERS ET AL. v. COLUMBIA BROADCASTING SYSTEM, INC., ET AL.  C. A. 2d Cir.  [Certiorari granted, ante, p. 817.] Motion of Columbia Broadcasting System, Inc., for additional time for oral argument granted and 15 additional minutes allotted for that purpose.  Petitioners also allotted 15 additional minutes for oral argument.

No. 77–6217.  STACY v. FLORIDA, 436 U. S. 924.  Appellee is invited to file a response to petition for rehearing within 30 days.

No. 77–6431.  CABAN v. MOHAMMED ET UX.  Ct. App. N. Y.  [Probable jurisdiction noted, 436 U. S. 903.]  Order heretofore entered on October 10, 1978 [ante, p. 891], is vacated and the amicus curiae brief of the Legal Aid Society of New York City is ordered filed.

No. 78–201.  GREENHOLTZ, CHAIRMAN, BOARD OF PAROLE OF NEBRASKA, ET AL. v. INMATES OF THE NEBRASKA PENAL AND CORRECTIONAL COMPLEX ET AL.  C. A. 8th Cir.  [Certiorari granted, ante, p. 817.]  Motion of respondents for appointment of counsel granted, and it is ordered that Brian K. Ridenour, Esquire, of Lincoln, Neb., be appointed to serve as counsel in this case.

No. 78–428.  GAETANO ET AL. v. UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT (SILBERT, UNITED STATES ATTORNEY, REAL PARTY IN INTEREST). Motion for leave to file petition for writ of mandamus denied.

No. 78–5184.  SELLARS v. PROCUNIER, MEN'S COLONY SUPERINTENDENT, ET AL.  Motion for leave to file petition for writ of mandamus and/or prohibition denied.